248 P.3d 703

**STATE of Arizona**

v.

**Danny Alan MASON.**

**No. CR–10–0341–PR.**

Supreme Court of Arizona.

March 15, 2011.

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The State of Arizona's Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.